IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

Jessica Julien,

        Plaintiff,

v.                          Case No. 1:17-cv-4045-MLB

Eric Lacefield, et al.,

        Defendants.

_____/

**ORDER**

Before the Court is attorney David Bastian's Motion to Withdraw as Counsel for Plaintiff Jessica Julien (Dkt. 229). No other party filed a response to the motion and it is deemed unopposed. LR 7.1B, NDGa. Accordingly, the Court **GRANTS** the motion and **DIRECTS** the Clerk to terminate Mr. Bastian as counsel of record for Plaintiff Jessica Julien.

**SO ORDERED** this 1st day of April, 2022.

_____
MICHAEL L. BROWN
UNITED STATES DISTRICT JUDGE