IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

| | |
|---|---|
| JESSICA JULIEN,<br><br>Plaintiff,<br><br>v.<br><br>ERIC LACEFIELD, *et al.*,<br><br>Defendants. | Case No. 1:17-CV-04045-MLB |

### STIPULATION OF DISMISSAL WITH PREJUDICE

Pursuant to Federal Rule of Civil Procedure 41(a)(1) Plaintiff Jessica Julien and Defendants Eric Lacefield, Greggory G. Goggans, Lacey M. Green, Michael A. Knight, Sr., Glenn Maron, Misty A. Mattingly, Larry W. Miles, Jr., Ami Patel, David A. Reznik, Mark A. Scheinfeld, Jeffrey D. Schultz, Lisa M. Selfe, Lisa K. Shilman, J.C. Shirley, J. Don Spillers, Jr., Brent Stiehl, and Debra Wilson,[1]

---

[1] The Defendants in this matter are the current members of the Georgia Board of Dentistry (the "Board") and the Board's Executive Director as of the filing date of this Stipulation. These individuals are state officials, under Georgia law, and they were sued in this matter in their official capacities as state officials.

The docket in this matter reflects that the following individuals are the current defendants in this matter: Richard Bennett, Tracy Gay, Greggory Goggans, Michael A. Knight, Sr., Eric Lacefield, Glenn Maron, Misty Mattingly, Larry W. Miles, Jr.,

1

through their respective counsel, stipulate that the above-styled action, and all claims asserted or that could have been asserted therein, is dismissed with prejudice. The parties shall bear their own attorneys' fees and costs.

Respectfully submitted this 14th day of November, 2022.

| | |
|---|---|
| /s/ Daniel S. Graulich | /s/ James W. Cobb |
| William L. Monts, III* | JAMES W. COBB |
| HOGAN LOVELLS US LLP | Georgia Bar No. 420133 |
| 555 13th Street, N.W. | MICHAEL A. CAPLAN |
| Washington, DC 20004 | Georgia Bar No. 601039 |
| Tel: 202-637-5600 | ASHLEY C. BROWN |
| Fax: 202-637-5910 | Georgia Bar No. 287373 |
| william.monts@hoganlovells.com | CAMERON B. ROBERTS |
| | Georgia Bar No. 599839 |
| Daniel S. Graulich* | **CAPLAN COBB LLC** |
| BAKER & MCKENZIE LLP | 75 Fourteenth Street NE, Suite 2700 |
| 815 Connecticut Avenue, N.W. | Atlanta, Georgia 30309 |
| Washington, DC 20006 | Tel: (404) 596-5600 |
| Tel: 202-452-7000 | Fax: (404) 596-5604 |
| Fax: 202-416-6697 | jcobb@caplancobb.com |
| daniel.graulich@bakermckenzie.com | mcaplan@caplancobb.com |
| | abrown@caplancobb.com |
| /s/ Yasha Heidari | croberts@caplancobb.com |
| Yasha Heidari | |
| Georgia Bar No. 110325 | /s/ Roger A. Chalmers |
| HEIDARI POWER LAW GROUP, LLC | CHRISTOPHER M. CARR |

---

Ami Patel, David Reznik, Mark Scheinfeld, Brent Stiehl, Debra Wilson, and H. Bert Yeargan. However, some of these individuals—specifically, Dr. Bennett, Dr. Gay, and Dr. Yeargan—are no longer members of the Board and, as a result, have been automatically substituted as defendants by the current members of the Board pursuant to Federal Rule of Civil Procedure 25(d). In addition, in May of 2022, the Georgia legislature voted to expand the number of members of the Board of Dentistry from 11 members to 17 members.

| | |
|---|---|
| 2997 Cobb Parkway #724615<br>Atlanta, Georgia 31139<br>Tel: 404-939-2742<br>Fax: 404-601-7852<br>*yasha@hplawgroup.com*<br><br>* - Admitted *pro hac vice*<br><br>*Counsel for Plaintiff Jessica Julien* | Attorney General<br>Georgia Bar No. 112505<br>LORETTA L. PINKSTON-POPE<br>Deputy Attorney General<br>Georgia Bar No. 580385<br>ROGER A. CHALMERS<br>Senior Assistant Attorney General<br>Georgia Bar No. 118720<br>MAXIMILLIAN J. CHANGUS<br>Assistant Attorney General<br>Georgia Bar No. 120705<br><br>**STATE LAW DEPARTMENT**<br>40 Capital Square SW<br>Atlanta, Georgia 303340<br>Tel: (404) 463-8850<br>Fax: (404) 651-5304<br>*rchalmers@law.ga.gov*<br>*mchangus@law.ga.gov*<br><br>*Counsel for Defendants* |

## **CERTIFICATE OF SERVICE**

I hereby certify that on this day, I caused the foregoing to be electronically filed with the Clerk of Court using the CM/ECF system, which will send notification of the filing to all counsel of record.

This 14th day of November, 2022.

> _/s/ James W. Cobb_
> James W. Cobb
> Georgia Bar No. 420133
> _jcobb@caplancobb.com_
>
> _Counsel for Defendants_